UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

| | |
|---|---|
| PTP ONECLICK, LLC,<br><br>    Plaintiff,<br><br> v.<br><br>AVALARA, INC.<br><br>    Defendant. | Civil Action No. 1:18-cv-01671-WCG |

## APPENDIX OF UNREPORTED AUTHORITIES

Pursuant to Civil Local Rule 7(j)(2), attached are the unreported opinions cited in Plaintiff PTP OneClick LLC's Opposition to Avalara's Motion to Dismiss and Opposition to Motion to Transfer Venue under 28 U.S.C. § 1404(a).

Dated: November 28, 2018

By: *s/ Jonathan T. Smies*
Jonathan T. Smies
State Bar No. 1045422
GODFREY & KAHN, S.C.
200 S. Washington Street, Suite 100
Green Bay, WI 54301-4298
Phone: (920) 436-7667
Fax: (920) 432-9300
Email: jsmies@gklaw.com

*Of Counsel:*

William E. Devitt
Timothy J. Heverin
Collin J. Kurtenbach
JONES DAY
77 W. Wacker, Ste. 3500
Chicago, IL 60601-1692
Phone: (312) 782-3939

*Attorneys for Plaintiff PTP OneClick, LLC*

1