UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PTP ONECLICK LLC,

    Plaintiff(s),

v.

AVALARA INC,

    Defendant(s).

Case No. 2:19–cv–00640–JLR

MINUTE ORDER SETTING TRIAL DATES AND RELATED DATES

| | |
|---|---|
| **JURY TRIAL DATE** | **OCTOBER 26, 2020** |
| Length of Jury Trial | 6 days |
| Preliminary infringement contentions and disclosure of asserted claims | August 2, 2019 |
| Deadline for joining additional parties | July 12, 2019 |
| Deadline for amending pleadings | April 29, 2020 |
| Disclosure of preliminary invalidity contentions | August 23, 2019 |
| Reports from expert witnesses regarding Markman issues due | September 20, 2019 |
| Rebuttal expert reports regarding Markman issues due | October 17, 2019 |
| Preliminary Claim Chart | November 1, 2019 |
| Joint claim chart and Prehearing Statement | November 27, 2019 |
| Opening claim construction briefs due (24 pages per side) | December 20, 2019 |

| | |
|---|---|
| Responsive claim construction briefs due (24 pages per side) | January 3, 2020 |
| Markman hearing at 09:00 AM on | February 7, 2020 |
| Reports from expert witnesses under FRCP 26(a)(2) due | March 27, 2020 |
| Rebuttal expert reports due | April 24, 2020 |
| All motions related to discovery must be filed by (see LCR 7(d) ) | |
| Discovery completed by | May 15, 2020 |
| All dispositive motions and motions challenging expert witness testimony must be filed by (see LCR 7(d) ) | June 23, 2020 |
| Settlement conference per LCR 39.1(c)(2) held no later than | July 24, 2020 |
| All motions in limine must be filed by All motions in limine shall be filed as one motion | September 25, 2020 |
| Agreed pretrial order due | October 8, 2020 |
| Pretrial conference to be held at **02:00 PM** on | October 13, 2020 |
| Trial briefs , proposed voir dire questions and jury instructions | October 19, 2020 |

These dates are set at the direction of the Court after reviewing the joint status report and discovery plan submitted by the parties. All other dates are specified in the Local Rules. If any of the dates identified in this order or the Local Rules fall on a weekend or federal holiday, the act or event shall be performed on the next business day. These are firm dates that can be changed only by order of the court, not by agreement of counsel or the parties. The court will alter these dates only upon good cause shown: failure to complete discovery within the time allowed is not recognized as good cause.

If the Markman hearing or trial dates assigned to this matter create an irreconcilable conflict, counsel must notify Ashleigh Drecktrah, Deputy Clerk, at (206) 370–8520 within 10 days of the date of this order and must set forth the exact nature of the conflict. A failure to do so will be deemed a waiver.

The parties shall comply with the procedures outlined in the court's **Standing Order** as to all patent claim construction issues. PLEASE NOTE: The court will not rule on dispositive motions that raise issues of claim

construction prior to the hearing, unless special circumstances warrant and leave of court is obtained in advance of filing.

As required by Local Rules W.D. Wash LCR 37(a), all discovery matters are to be resolved by agreement if possible. In addition, pursuant to Federal Rule of Civil Procedure 16, the Court "direct[s] that before moving for an order relating to discovery, the movant must request a conference with the court" by notifying Ashleigh Drecktrah at (206) 370–8520. See Fed. Rule Civ.P. 16(b)(3)(B)(v). Counsel are further directed to cooperate in preparing the Joint Claim Chart and final pretrial order in the format required by LCR 16.1, except as ordered below.

The original and one copy of any exhibits to be used at the Markman hearing and/or trial are to be delivered to chambers five days before the trial date. Each exhibit shall be clearly marked. Exhibit tags are available at the Clerk's Office. The Court hereby alters the LCR 16.1 procedure for numbering exhibits: Plaintiff's exhibits shall be numbered beginning with 1. Defendant's exhibits shall be numbered consecutively beginning with 500. Duplicate documents shall not be listed twice; once a party has identified an exhibit in the pretrial order, any party may use it. Each set of exhibits shall be submitted in a three-ring binder with appropriately numbered tabs.

Counsel must be prepared to begin trial on the date scheduled, but it should be understood that the trial may have to await the completion of other cases.

//
//
//
//

Should this case settle, counsel shall notify Ashleigh Drecktrah, Deputy Clerk, at 206–370–8520, as soon as possible. An attorney who fails to give the Deputy Clerk prompt notice of settlement may be subject to such discipline as the court deems appropriate.

A copy of this Minute Order shall be mailed to all counsel of record.

DATED: June 14, 2019

                                                s/ Ashleigh Drecktrah
Ashleigh Drecktrah, Deputy Clerk to
Hon. James L. Robart, Judge
(206) 370–8520