UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PTP ONECLICK, LLC, <br><br> Plaintiff, <br><br> v. <br><br> AVALARA, INC., <br><br> Defendant. | CASE NO. C19-0640JLR <br><br> ORDER DENYING STIPULATED MOTION AS MOOT |

Before the court is the parties' stipulated motion to supplement and/or amend Defendant Avalara, Inc.'s invalidity contentions. (Stip. (Dkt. # 52).) Because the court dismissed Plaintiff PTP OneClick, LLC's patent infringement claim with prejudice and without leave to amend (*see* Order (Dkt. # 54) at 8-22, 33), the court DENIES the parties' stipulated motion as MOOT.

Dated this 4th day of October, 2019.

JAMES L. ROBART
United States District Judge

ORDER - 1