The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PTP ONECLICK, LLC,<br><br>                    Plaintiff,<br><br>     v.<br><br>AVALARA, INC.,<br><br>                    Defendant. | No. 2:19-cv-00640-JLR<br><br>NOTICE OF APPEARANCE |

TO:           Clerk of the Court

AND TO:   All Parties and Counsel of Record

     Please take notice that Stuart R. Dunwoody, Benjamin J. Byer, and Xiang Li of Davis Wright Tremaine LLP hereby appear in the above-entitled action on behalf of Defendant Avalara, Inc. and request that all future papers and pleadings, except original process, be served upon the undersigned attorneys at the address below stated.

///

///

NOTICE OF APPEARANCE
(2:19-cv-00640-JLR) - 1
4827-4312-5163v.1 0091793-000205

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

1   DATED this 28th day of October, 2019.

2                                           Davis Wright Tremaine LLP
                                            Attorneys for Defendant Avalara, Inc.
3

4                                           By: s/Stuart R. Dunwoody
                                                Stuart R. Dunwoody, WSBA #13948
5
                                            By: s/Benjamin J. Byer
6                                               Benjamin J. Byer, WSBA #38206

7                                           By: s/Xiang Li
                                                Xiang Li, WSBA #52306
8
                                            920 Fifth Avenue, Suite 3300
9                                           Seattle, WA  98104-1610
                                            Telephone: 206-622-3150
10                                          Fax: 206-757-7700
                                            stuartdunwoody@dwt.com
11                                          benbyer@dwt.com
                                            xianglee@dwt.com
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

NOTICE OF APPEARANCE
(2:19-cv-00640-JLR) - 2
4827-4312-5163v.1 0091793-000205

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

**CERTIFICATE OF SERVICE**

I hereby certify that on October 28, 2019, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

DATED this 28th day of October, 2019.

s/Benjamin J. Byer
Benjamin J. Byer, WSBA #38206

NOTICE OF APPEARANCE
(2:19-cv-00640-JLR) - 3
4827-4312-5163v.1 0091793-000205

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax