The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PTP ONECLICK, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>AVALARA, INC.,<br><br>    Defendant. | No. 2:19-cv-00640-JLR<br><br>**STIPULATION AND [PROPOSED] ORDER FOR SUBSTITUTION OF COUNSEL FOR PLAINTIFF PTP ONECLICK, LLC** |

Plaintiff PTP OneClick, LLC ("PTP") seeks leave of Court to substitute Edgar Sargent, Susman Godfrey, LLP for its current counsel of record, Collin Kurtenbach, Timothy J. Heverin, and William E. Devitt of Jones Day; and Tyler L. Farmer and Shane P. Cramer of Harrigan Leyh Farmer & Thomsen, LLP. PTP will not seek an extension of any deadlines as a result of the change of counsel. Based on PTP's undertaking in the previous sentence, Defendant Avalara, Inc. has no objection to this substitution. Mr. Sargent filed a Notice of Appearance in this case in conjunction with this stipulated motion.

DATED January 22, 2020.        Respectfully submitted,

STIPULATION AND [PROPOSED] ORDER FOR
SUBSTITUTION OF COUNSEL FOR PLAINTIFF PTP
ONECLICK, LLC- 1

SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Tel: (206) 516-3880; Fax: (206) 516-3883

| | |
|---|---|
| 1 | |
| 2 | HARRIGAN LEYH FARMER & THOMSEN LLP |
|   | /s/ Tyler L. Farmer |
|   | Tyler L. Farmer, WSBA #39912 |
|   | Shane P. Cramer, WSBA #35099 |

HARRIGAN LEYH FARMER & THOMSEN LLP
/s/ Tyler L. Farmer
Tyler L. Farmer, WSBA #39912
Shane P. Cramer, WSBA #35099
999 Third Avenue, Suite 4400
Seattle, WA 98104: (206) 623-1700
Fax: (206) 623-8717
tylerf@harriganleyh.com
shanec@harriganleyh.com

JONES DAY
/s/ William E. Devitt
William E. Devitt (*Pro Hac Vice*)
Timothy J. Heverin (*Pro Hac Vice*)
Collin J. Kurtenbach (*Pro Hac Vice*)
77. W. Wacker, Ste. 3500
Chicago, IL 60601
Phone: (312) 782-3939
wdevitt@jonesday.com
tjheverin@jonesday.com
ckurtenbach@jonesday.com

SUSMAN GODFREY, LLP
/s/ Edgar G. Sargent
Edgar G. Sargent, WSBA #28283
1201 Third Avenue, Suite 3800
Seattle, WA 98101
Phone: (206) 516-3880
Fax: (206) 516-3883
esargent@susmangodfrey.com

DAVIS WRIGHT TREMAINE
/s/ Benjamin J Byer
Benjamin J Byer, WSBA 38206
Stuart R. Dunwoody, WSBA 13948
Xiang Li, WSBA 52306
Jordan C Harris, WSBA 55499
920 Fifth Ave, Suite 3300
Seattle, WA 98104-1610
Phone: 206-757-8034
Fax: 206-757-7700
stuartdunwoody@dwt.com
xiangli@dwt.com
benbyer@dwt.com
jordanharris@dwt.com

STIPULATION AND [PROPOSED] ORDER FOR
SUBSTITUTION OF COUNSEL FOR PLAINTIFF PTP
ONECLICK, LLC- 2

SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Tel: (206) 516-3880; Fax: (206) 516-3883

[~~PROPOSED~~] ORDER

Plaintiff PTP OneClick, LLC's stipulated motion for substitution of counsel is GRANTED.

DATE: 26 January 2020

_____
Hon. James L. Robart

STIPULATION AND [PROPOSED] ORDER FOR
SUBSTITUTION OF COUNSEL FOR PLAINTIFF PTP
ONECLICK, LLC- 3

SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Tel: (206) 516-3880; Fax: (206) 516-3883

## CERTIFICATE OF SERVICE

I hereby certify that on January 22, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

DATED this 22th day of January 2020.

/s/ Edgar G. Sargent
Edgar G. Sargent

CERTIFICATE OF SERVICE- 1

SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Tel: (206) 516-3880; Fax: (206) 516-3883