THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PTP OneClick, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>AVALARA, INC.,<br><br>    Defendant. | No. 2:19-cv-00640-JLR<br><br>**UNOPPOSED MOTION AND [PROPOSED] ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL**<br><br>**Note on Motion Calendar:**<br><br>**February 7, 2020** |

Defendant Avalara, Inc. ("Avalara") respectfully moves to substitute Davis Wright Tremaine LLP, including Benjamin J. Byer, Stuart R. Dunwoody, Xiang Li, and Jordan C. Harris who have already appeared, as lead counsel and for the Court to allow Perkins Coie LLP, including Ryan J. McBrayer, Charles C. Sipos, Daniel T. Keese and Brandon M. Lewis to withdraw from this matter. Plaintiff PTP OneClick does not object to this motion.

UNOPPOSED MOTION AND [PROPOSED] ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL
(No. 2:19-cv-00640-JLR) – 1
147149459.1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

1

2  DATED: February 7, 2020.          By: /s/ Ryan J. McBrayer
                                          Charles C. Sipos, WSBA No. 32825
3                                         Ryan J. McBrayer, WSBA No. 28338
                                          **Perkins Coie LLP**
4                                         1201 Third Avenue, Suite 4900
                                          Seattle, WA 98101-3099
5                                         Telephone: 206.359.8000
                                          Facsimile: 206.359.9000
6                                         Email: CSipos@perkinscoie.com
                                          RMcBrayer@perkinscoie.com
7
                                          *Attorneys for Defendant Avalara, Inc.*
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

UNOPPOSED MOTION AND [PROPOSED]
ORDER FOR WITHDRAWAL AND
SUBSTITUTION OF COUNSEL
(No. 2:19-cv-00640-JLR) – 2
147149459.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

1

## [PROPOSED] ORDER

Defendant Avalara, Inc.'s unopposed motion for substitution and withdrawal of counsel is GRANTED. The Clerk shall withdraw Ryan J. McBrayer, Charles C. Sipos, Daniel T. Keese and Brandon M. Lewis as counsel of record for said Defendant in this action and terminate notification of electronic filings.

DATED: February 11, 2020.

_____
HON. JAMES L. ROBART

UNOPPOSED MOTION AND [PROPOSED]
ORDER FOR WITHDRAWAL AND
SUBSTITUTION OF COUNSEL
(No. 2:19-cv-00640-JLR) – 3
147149459.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000