The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PTP ONECLICK, LLC,<br><br>Plaintiff,<br><br>v.<br><br>AVALARA, INC.,<br><br>Defendant. | No. 2:19-cv-00640-JLR<br><br>ORDER REGARDING AVALARA'S MOTION TO SEAL |

This matter comes before the Court on Avalara, Inc.'s Motion to Seal. Having considered the papers submitted with regard to the motion, it is hereby:

ORDERED that Avalara's Motion to Seal (Dkt. # 99) is GRANTED.

DATED this 20th day of April, 2020.

*/s/ James L. Robart*

The Honorable James L. Robart
U.S District Court Judge

Presented By:

Davis Wright Tremaine LLP
Attorneys for Defendant Avalara, Inc.

By: s/Benjamin J. Byer
    Stuart R. Dunwoody, WSBA #13948
    Benjamin J. Byer, WSBA #38206
    Xiang Li, WSBA #52306
    Jordan C. Harris, WSBA #55499

ORDER RE AVALARA'S MOTION
TO SEAL (2:19-cv-00640-JLR) - 1
4848-5642-7189v.1 0091793-000205

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax