# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PTP ONECLICK, LLC,<br><br>                    Plaintiff,<br><br>        v.<br><br>AVALARA, INC.,<br><br>                    Defendant. | JUDGMENT IN A CIVIL CASE<br><br>CASE NO. C19-0640JLR |

__    **Jury Verdict**.  This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**    **Decision by Court**.  This action came to consideration before the court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Plaintiff PTP OneClick, LLC's ("PTP") patent infringement and unfair competition claims (*see* Compl. (Dkt. # 1) ¶¶ 55-60, 72-77) are dismissed with prejudice (*see* 9/27/19 Order (Dkt. # 54)) and Defendant Avalara, Inc., is entitled to summary judgment in its favor (*see* 5/27/20 Order (Dkt. # 146)) on PTP's federal and state trade

//
//
//
//

secret misappropriation claims (*see* Compl. ¶¶ 61-71) and PTP's breach of contract claim (*see id.* ¶¶ 78-81).

Filed this 27th day of May, 2020.

                                              WILLIAM M. MCCOOL
                                              Clerk of Court

                                              s/ Ashleigh Drecktrah
                                              Deputy Clerk