The Honorable James L. Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| PTP ONECLICK, LLC, <br><br>　　　　　　Plaintiff, <br><br>　v. <br><br>AVALARA, INC., <br><br>　　　　　　Defendant. | No. 2:19-cv-00640-JLR <br><br> STIPULATED MOTION TO EXTEND DEADLINE TO MOVE FOR FEES AND BILL OF COSTS <br><br> AND ORDER <br><br> NOTE ON MOTION CALENDAR: June 2, 2020 |

Plaintiff PTP OneClick, LLC ("PTP") and Defendant Avalara, Inc. ("Avalara"), by and through their counsel of record, stipulate and respectfully request that the Court order as follows:

1. The deadline for Avalara to file any motion for costs is extended to June 24, 2020.

2. The deadline for Avalara to file any motion for attorney's fees is extended to June 24, 2020.

3. In the event the Court determines that fees should be awarded to Avalara, Avalara will note its motion on the amount of fees to be awarded such that PTP will have an additional two weeks to file its opposition.

STIP. MOT. TO EXTEND DEADLINES (2:19-cv-00640-JLR) - 1
4815-1781-1646v.2 0091793-000205

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

STIPULATED BY COUNSEL OF RECORD this 2nd of June, 2020.

By: s/ *Claire Martirosian*
   Mailaka M. Eaton, WSBA #32837
   Claire Martirosian, WSBA #49528
McNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101
206-467-1816
meaton@mcnaul.com
cmartirosian@mcnaul.com

   Steven W. Fogg, WSBA #23528
   Eric A. Lindberg, WSBA #43596
   Blake E. Marks-Dias, WSBA #28169
CORR CRONIN LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154
(206) 625-8600
sfogg@corrcronin.com
elindberg@corrcronin.com
bmarksdias@corrcronin.com
*Attorneys for Plaintiff PTP OneClick, LLC*

By: s/ *Stuart R. Dunwoody*
   Stuart R. Dunwoody, WSBA #13948
   Benjamin J. Byer, WSBA #38206
   Xiang Li, WSBA #52306
   Jordan C. Harris, WSBA #55499
   Jennifer K. Chung, WSBA #51583
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
Tel: 206-622-3150
Fax: 206-757-7700
stuartdunwoody@dwt.com
benbyer@dwt.com
xiangli@dwt.com
jordanharris@dwt.com
jenniferchung@dwtc.om
*Attorneys for Defendant Avalara, Inc.*

PURSUANT TO STIPULATION, IT IS SO ORDERED this 3rd day of June, 2020.

_____
JAMES L. ROBART
United States District Judge

STIP. MOT. TO EXTEND DEADLINES
(2:19-cv-00640-JLR) - 2
4815-1781-1646v.2 0091793-000205

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax