UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PTP ONECLICK, LLC,<br><br>                Plaintiff,<br><br>   v.<br><br>AVALARA, INC.,<br><br>                Defendant. | CASE NO. C19-0640JLR<br><br>ORDER DIRECTING THE CLERK TO UNSEAL DOCKET NO. 146 |

On May 27, 2020, the court filed its order granting Defendant Avalara, Inc.'s motion for summary judgment provisionally under seal.  (*See* SJ Order (Dkt. # 146).) The court provided the parties 7 days to file a motion justifying the continued sealing of

//

//

//

//

//

ORDER - 1

1 the order.  (*See id.* at 1 n.1.)  Neither party filed such a motion.  (*See generally* Dkt.)

2 Accordingly, the court DIRECTS the clerk to unseal the order at docket number 146.

3      Dated this 29th day of June, 2020.

*[signature]*

JAMES L. ROBART
United States District Judge

ORDER - 2