The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PTP ONECLICK, LLC,<br><br>          Plaintiff,<br><br>     v.<br><br>AVALARA, INC.,<br><br>          Defendant. | No. 2:19-cv-00640-JLR<br><br>STIPULATED MOTION AND ORDER TO DISMISS APPEAL<br><br>NOTE ON MOTION CALENDAR:<br>July 6, 2020<br><br>[Clerk's Action Required] |

Pursuant to Fed. R. App. P. 42(a), Plaintiff PTP OneClick, LLC ("PTP") and Defendant Avalara, Inc. ("Avalara"), by and through their counsel of record, stipulate and respectfully request that the Court dismiss with prejudice, and with each party to bear its own fees and costs, the appeal of PTP to the United States Court of Appeals for the Federal Circuit from the Judgment entered in this action, *see* Dkt. No. 150.  The clerk of the Court of Appeals has not yet docketed PTP's appeal.

/ / /

/ / /

/ / /

/ / /

/ / /

STIP. MOT. TO DISMISS APPEAL
(2:19-cv-00640-JLR) - 1
4815-1781-1646v.2 0091793-000205

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

STIPULATED BY COUNSEL OF RECORD July 6, 2020.

By: *s/ Malaika M. Eaton*
    Malaika M. Eaton, WSBA #32837
    Claire Martirosian, WSBA #49528
McNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101
Tel: 206-467-1816
meaton@mcnaul.com
cmartirosian@mcnaul.com

Steven W. Fogg, WSBA #23528
Eric A. Lindberg, WSBA #43596
Blake E. Marks-Dias, WSBA #28169
CORR CRONIN LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154
Tel: 206-625-8600
sfogg@corrcronin.com
elindberg@corrcronin.com
bmarksdias@corrcronin.com

*Attorneys for Plaintiff PTP OneClick, LLC*

By: *s/ Benjamin J. Byer*
    Stuart R. Dunwoody, WSBA #13948
    Benjamin J. Byer, WSBA #38206
    Xiang Li, WSBA #52306
    Jordan C. Harris, WSBA #55499
    Jennifer K. Chung, WSBA #51583
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
Tel: 206-622-3150
stuartdunwoody@dwt.com
benbyer@dwt.com
xiangli@dwt.com
jordanharris@dwt.com
jenniferchung@dwtc.om

*Attorneys for Defendant Avalara, Inc.*

PURSUANT TO STIPULATION, IT IS SO ORDERED this 6th day of July, 2020.

_____
JAMES L. ROBART
United States District Judge

STIP. MOT. TO DISMISS APPEAL
(2:19-cv-00640-JLR) - 2
4815-1781-1646v.2 0091793-000205

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax